IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FOR-HIRE COMPANIES & DRIVER MEMBERS
OF CABS.WS TECHNOLOGIES LLC,

    Plaintiff,

v.    CASE NO. 5:15-cv-00152-MP-CJK

BRAINTREE.COM, LYFT.COM, STRIPE.COM,
TWILIO.COM, UBER.COM,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 21, 2015. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41. All other motions are denied as moot.

**DONE AND ORDERED** this  _16th_  day of December, 2015

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge